

FILED
CLERK, U.S. DISTRICT COURT

JUN 27 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>Sebastian Barrientos-Velez<br><br>                    Defendant. | Case No.: ED16MJ281-DUTY<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

        The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the _____

District of _ARIZONA_____ for alleged violation(s) of the terms and

conditions of probation or supervised release; and

        Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.    (✓)    The defendant has not met his/her burden of establishing by clear and

              convincing evidence that he/she is not likely to flee if released under

              18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

              • UNKNOWN BACKGROUND INFORMATION

              • UNKNOWN BAIL RESOURCES

              • IMMIGRATION STATUS IS Allegedly UNDOCUMENTED

              • ASSOCIATED WITH NUMEROUS PERSONAL IDENTIFIERS

1  and/or

2  B.       ( )      The defendant has not met his/her burden of establishing by clear and

3                    convincing evidence that he/she is not likely to pose a danger to the

4                    safety of any other person or the community if released under 18

5                    U.S.C. § 3142(b) or (c).  This finding is based on the following:

6         _____

7         _____

8         _____

9         _____

10

11

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further

13  revocation proceedings.

14

15  Dated:  6/27/16

16                                              HONORABLE DAVID T. BRISTOW
                                                United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2